UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/19

-against-

**ORDER**
16 CR 311 (KMW)

ROBERT WRIGHT,

Defendant.
-----------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

On June 13, 2017, the Court sentenced the above-captioned defendant to 48 months' in custody, with the special condition that he appear for conferences before this Court once a month, during his period of supervision. The defendant was released from custody on November 1, 2019.

The defendant's first post-sentencing conference is scheduled for December 17, 2019, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
November 21, 2019

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE