UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

ROBERT WRIGHT,

                     Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for Thursday, January 16, 2020, is adjourned to February 13, 2020, at 10:30 a.m.

SO ORDERED.

Dated: New York, New York
         January 7, 2020

                                      KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE