UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

-against-

16 CR 311 (KMW)

**ORDER**

ROBERT WRIGHT,

Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge

Due to a conflict with the Court's calendar, the conference currently scheduled for February 13, 2020 is adjourned to February 19, 2020 at 2:00 p.m.

SO ORDERED

Dated: New York, New York
February 12, 2020

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/20