USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

ROBERT WRIGHT,

    Defendant.

------------------------------------------------------------X

16-CR-311 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

The Court hereby orders the Bureau of Prisons to release the Defendant's medical records to Fordham Tremont Mental Health. The Defendant has consented to this Order.

SO ORDERED.

Dated: New York, New York
      February 19, 2020

                                          KIMBA M. WOOD
                                       United States District Judge