```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/30/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

ROBERT WRIGHT,

                Defendant.
----------------------------------------------------------X

16-CR-311 (KMW)

**<u>ORDER</u>**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for May 5, 2020 is adjourned to July 7, 2020, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
      April 30, 2020

                                        /s/ Kimba M. Wood /

                                      KIMBA M. WOOD

                                United States District Judge