UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

|  |  |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: ___6/30/20_____ | |

    -against-

ROBERT WRIGHT,

                      Defendants.
----------------------------------------------------------X

16-CR-311 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Tuesday, July 7, 2020, is adjourned to October 8, 2020, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
        June 30, 2020

                                                      /s/ Kimba M. Wood /
                                                      KIMBA M. WOOD
                                          United States District Judge