UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/20
```

    -against-

ROBERT WRIGHT,

                           Defendant.
------------------------------------------------------------x

ORDER
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

    The status conference in the above-captioned case, currently scheduled for December 14, 2020, is adjourned to March 22, 2021, at 12:00 p.m.

    SO ORDERED.

Dated: New York, New York
         December 7, 2020

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE