UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

ROBERT WRIGHT,

                             Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/21

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Monday, July 26, 2021, at 11:00 a.m. Members of the press and public who wish to join the proceeding should dial 917-933-2166 and enter conference ID 512359096. All members of the press and public must keep their telephones on mute.

SO ORDERED.

Dated: New York, New York
       July 20, 2021

                                                    /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE