UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/26/21_____

v.   16-CR-311 (KMW)

**ORDER**

ROBERT WRIGHT,

      Defendant.

--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

  The conference scheduled for July 26, 2021 at 11:00am is adjourned. The Court will hold a remote conference in this case on August 18, 2021 at 10:00am.

  Members of the press and public who wish to join the proceeding should dial 917-933-2166 and enter conference ID 512359096. All members of the press and public must keep their telephones on mute.

  SO ORDERED.

Dated: New York, New York
    July 26, 2021

                */s/ Kimba M. Wood*
                KIMBA M. WOOD
              United States District Judge