```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

ROBERT WRIGHT,

                      Defendant.
-------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

        The Court will hold a remote conference in this case on Wednesday, August 18, 2021, at 10:00 a.m. Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Access Code 512359096. Members of the press and public must have their telephones on mute. No recording or rebroadcasting of the proceeding is permitted, consistent with the Court's standing orders and local rules.

        SO ORDERED.

Dated: New York, New York
            August 10, 2021

                                                        *Kimba M. Wood*
                                                  KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE