UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA


      -against                                    **ORDER**
                                            16 CR 311 (KMW)

ROBERT WRIGHT,

                            Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      The Court will hold a remote conference in the above-captioned case on Tuesday,

October 5, 2021, at 10:30 a.m.  Members of the press and public who wish to join the conference

should dial 917-933-2166 and enter Conference ID 796130595, with their telephones on mute.

Consistent with the standing orders of this court and local rules, no recording or rebroadcasting

of the proceeding is permitted.

      SO ORDERED.

Dated:  New York, New York
       September 29, 2021

                               _Kimba M. Wood_
                                        KIMBA M. WOOD
                         UNITED STATES DISTRICT JUDGE