UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/22
```

    -against-

ROBERT WRIGHT,

           Defendant.
-----------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference in the above-captioned case on Monday, May 2, 2022, at 3:30 p.m. Members of the press and public who wish to hear the proceeding may dial 1-888-363-4749 and enter Access Code 1613818, with their telephones on mute. Consistent with the standing orders of this court and local rules, no rebroadcasting or recording of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
       April 25, 2022

                                                                             /s/ Kimba M. Wood
                                                       KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE